UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Scottsdale Insurance Company,

Plaintiff,

—v—

Parkside Construction Builders Corp., *et al.*,

Defendants.

---

19-cv-505 (AJN)

ORDER

FEB 0 7 2020

ALISON J. NATHAN, District Judge:

On January 21, 2020, Plaintiff amended its complaint to add two new Defendants. Dkt. No. 64. Within four weeks after both of the added Defendants are served, the parties are ordered to give a joint status update advising the Court of whether additional discovery is necessary in this matter. If so, they should jointly provide a proposed schedule. The two new Defendants should also advise the Court of whether they object to adjudication of Plaintiff's motion for default judgment against Defendant Parkside Construction Builders Corp. before the claims against them are adjudicated. The case management conference scheduled for February 21, 2020 is adjourned *sine die*.

SO ORDERED.

Dated: February 7, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1